**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Salvador F.B.,

Petitioner,

v.

Joel L. Brott, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-3817 (MJD/SGE)

Danielle Oxendine Molliver, Nwokocha & Operana Law Offices, Counsel for Petitioner.

Carl Berry, Assistant United States Attorney, Counsel for Respondents.

On September 14, 2026, Respondents filed notice that Petitioner was scheduled for a bond hearing on September 15. On September 16, Respondents informed the Court that Petitioner was denied bond because the immigration judge found Petitioner a danger to the community and a flight risk. [Doc. 14.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Salvador F.B.'s Petition for Writ of Habeas Corpus **[Doc. 3]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 22, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court